1
2
3
4
5
6
7

FILED
CLERK, U.S. DISTRICT COURT

AUG 2 6 2020

CENTRAL DISTRICT OF CALIFORNIA
BY ~~AF~~ DEPUTY

8        **UNITED STATES DISTRICT COURT**

9        **CENTRAL DISTRICT OF CALIFORNIA**

10

11   UNITED STATES OF AMERICA,        Case No. 2:17-CR-00359-
                                                   PSG-2
12                Plaintiff,
                                          **ORDER OF DETENTION AFTER**
13        v.                              **HEARING**
                                          **[Fed.R.Crim.P. 32.1(A)(6);**
14   *Alexander Ballentos*                **18 U.S.C. § 3143(A)]**

15

16                Defendant.

17

18

19        The defendant having been arrested in this District pursuant to a warrant

20   issued by the United States District Court for the *Central District of California*

21   for alleged violation(s) of the terms and conditions of his/her [probation]

22   [supervised release]; and

23        The Court having conducted a detention hearing pursuant to Federal Rule of

24   Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

25        The Court finds that:

26   A.   (X)  The defendant has not met his/her burden of establishing by clear and

27        convincing evidence that he/she is not likely to flee if released under 18

28        U.S.C. § 3142(b) or (c).  This finding is based on *Defendant submits*
                                                              *to detention.*

1

2

3

4    and/or

5  B.    ☒    The defendant has not met his/her burden of establishing by clear and

6    convincing evidence that he/she is not likely to pose a danger to the safety of

7    any other person or the community if released under 18 U.S.C. § 3142(b) or

8    (c). This finding is based on: _Defendit submits to_

9    _detention._

10

11

12

13    IT THEREFORE IS ORDERED that the defendant be detained pending the

14  further revocation proceedings.

15

16  Dated: _8/26/2020_

17

18

19    _____

20    ALEXANDER F. MacKINNON
        UNITED STATES MAGISTRATE JUDGE

21

22

23

24

25

26

27

28

2